# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LEVI "LARRY" CHAIM BIEDA, MIMI JOY BIEDA**
and **DAVID ISRAEL BIEDA,**
Appellants,

v.

**RIC L. BRADSHAW**,
in his official capacity as the Sheriff of Palm Beach County,
Appellee.

No. 4D20-2270

[May 6, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2020-CA-007522-XXXX-MB.

Jeremy J. Kroll of Dutko & Kroll, P.A., Fort Lauderdale, Bruce A. Zimet of Bruce A. Zimet, P.A., West Palm Beach, and Robert Pasch of Robert Pasch, P.A., West Palm Beach, for appellants.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***